IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DR. BART ADAMS, JR. and )
JOSPHENE ADAMS, )
)
v. ) NO. 3:23-00001
)
VANDERBILT UNIVESRITY, et al. )

**O R D E R**

This *pro se* civil case has been referred to the Magistrate Judge for pretrial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B), Rule 72 of the Federal Rules of Civil Procedure, and the Local Rules of Court. *See* Order entered January 11, 2023 (Docket Entry No. 5).

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties in this case are exempt from the initial disclosures required by Rule 26(a) and the requirements of Rule 26(f). Pursuant to Local Rule 16.01(c)(1), this case is exempt from customized case management. By a separate order entered at the appropriate time, the Court will enter a scheduling order setting out deadlines for the progression of this case.

As Plaintiffs were already advised, they are responsible for serving process upon Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Failure to timely complete service of process will result in dismissal of the action.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge