IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BART ADAMS, JR. and ) | |
| JOSEPHINE ADAMS ) | |
| ) | |
| v. ) | No. 3:23-0001 |
| ) | Richardson/Holmes |
| VANDERBILT UNIVERSITY ) | |

**O R D E R**

Following service on Vanderbilt University and notice of appearance by counsel, the referral of this case was modified to a referral for case management. (Docket No. 20.) Accordingly, an initial case management conference is set for **Monday, April 24, 2023, at 11:00 a.m. (CDT)**[1] to be held telephonically using the Court's conference line at 1-877-402-9753, access code 3808663#. Lead counsel for each party is required to participate in the initial case management conference and all counsel must have their calendars available.

Counsel for the parties must, at the initiative of Plaintiffs' counsel, jointly prepare a proposed initial case management order that complies with Local Rule 16.01. The joint proposed initial case management order must be filed by no later than **three (3) business days** in advance of the initial case management conference (with a copy in Word format separately emailed to the

---

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact William Woods, Courtroom Deputy, at William_Woods@tnmd.uscourts.gov, to coordinate another mutually agreeable date and time, which will likely be earlier than April 24, due to the Court's criminal duty rotation in May.

Courtroom Deputy).² Failure to timely file the joint proposed initial case management can result in sanctions.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

² Counsel should utilize the form found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Richardson's cases. The Word formatted copy must be emailed to William Woods at the email address in the preceding footnote.