IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BART ADAMS, JR. and | ) | |
| JOSEPHINE ADAMS | ) | |
| | ) | |
| v. | ) | No. 3:23-0001 |
| | ) | Richardson/Holmes |
| VANDERBILT UNIVERSITY | ) | |

**O R D E R**

The initial case management conference is RESCHEDULED for **Tuesday, May 23, 2023, at 2:00 p.m. (CDT)** to be held telephonically using the Court's conference line at 1-877-402-9753, access code 3808663#. The parties have already filed a proposed initial case management order (Docket No. 28), which will be considered and discussed during the initial case management conference, subject to the following provisions.

Pending the rescheduled initial case management conference, the parties must begin compiling initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), including copies (not descriptions) of responsive documents, so that the disclosures can be made promptly after the initial case management conference.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge