IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BART ADAMS, JR. and | ) | |
| JOSEPHINE ADAMS | ) | |
| | ) | |
| v. | ) | No. 3:23-0001 |
| | ) | Richardson/Holmes |
| VANDERBILT UNIVERSITY | ) | |

**O R D E R**

Pending before the Court is Plaintiffs' motion (Docket No. 26) to extend the time for responding to Defendant's motion to dismiss, which is represented to be unopposed and is therefore GRANTED. The time for Plaintiffs to respond to Defendant's motion to dismiss (Docket No. 24) is extended to **May 24, 2023**. Given this length of time, no further extensions will be granted. Otherwise, responsive briefing, including briefing page limits and the timing of an optional reply, must comply with Local Rule 7.01.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge