IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. BART ADAMS, JR, and JOSEPHINE ADAMS, individually as parents and next of kin of BRIAN ADAMS, deceased; and DR. BART ADAMS, JR. as the Personal Representative of the Estate of Brian Adams,<br><br>**Plaintiffs,**<br><br>vs.<br><br>THE VANDERBILT UNIVERSITY<br><br>**Defendant.** | Case No. 3:23-cv-00001<br><br>District Judge: Eli J. Richardson<br><br>Magistrate Judge: Barbara D. Holmes<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO ASCERTAIN STATUS OF MOTION TO DISMISS (D.E. 24) AND TO AMEND INITIAL CASE MANAGEMENT ORDER (D.E. 33)**

Plaintiffs, Bart Adams and Josephine Adams ("Plaintiffs" or the "Adams"), and Defendant, the Vanderbilt University ("Defendant" or "Vanderbilt"), jointly move pursuant to Local Rule 7.01(c) to ascertain the status of Defendant's Motion to Dismiss (D.E. 24) and move to amend the Initial Case Management Order to extend deadlines for expert disclosures and motions to amend or add parties (D.E. 33). In support of this motion, the Parties state as follows:

1. On April 10, 2023, Defendant, the Vanderbilt University, filed a Rule 12 Motion to Dismiss Plaintiffs' First Amended Complaint in its entirety. (See D.E. 24).

2. Plaintiffs' First Amended Complaint sets forth multiple claims for wrongful death, claims under the ADA, claims under the Rehabilitation Act, and claims for breach of contract. (See D.E. 8).

3. Plaintiffs timely responded to Defendants' motion on May 19, 2023. (See D.E. 32).

4. On May 24, 2023, the Court entered an Initial Case Management Order setting an expert disclosure deadline of January 26, 2024, for Plaintiffs and February 29, 2024, for Defendant. (See D.E. 33, Paragraph I.)

5. The Initial Case Management Order also established a January 31, 2024, deadline for to amend the pleadings or add parties. (See. D.E. 33, Paragraph H.).

6. But, the Parties disclosure of experts in this matter is largely dependent upon the claims remaining upon resolution of Defendant's Motion to Dismiss, which will also be determinative of the extent to which Plaintiffs or Defendant may need to amend the pleadings or add parties in this matter.

7. And, the Parties ability to mediate and resolve this dispute is also largely dependent upon the disposition of Defendant's Motion to Dismiss.

8. Wherefore, the Parties jointly move to ascertain the status of Defendant's Motion to Dismiss (D.E. 24) and respectfully request an extension of the expert disclosure deadlines and deadline to amend or add parties currently set forth in the Initial Case Management Order (D.E. 33).

Dated: December 29, 2023                    Respectfully submitted,

  /s/ Lee Pope
William B. Hawkins III (BPR #20117)
Lee Pope (BPR #28742
**Hawkins Hogan, PLC**
205 17th Avenue North, Suite 202
Nashville, Tennessee 37203
(615) 726-0050
(615) 726-5177 (facsimile)
whawkins@hawkinshogan.com
lpope@hawkinshogan.com

*Attorneys for Plaintiffs*

  */s/ Scott Martin (w/permission)*
SCOTT MARTIN, *Pro Hac Vice*
HUSCH BLACKWELL LLP
*4801 Main, Suite 1000*
*Kansas City, Missouri 64112*
*Phone: (816) 983-8000*
*Fax: (816) 983-8080*
*Scott.Martin@huschblackwell.com*

MICHAEL K. ALSTON (BPR #13697)
HUSCH BLACKWELL LLP
*736 Georgia Avenue, Suite 300*
*Chattanooga, TN 37402*
*Phone: (423) 266-5500*
*Fax: (423) 266-5499*
*Michael.Alston@huschblackwell.com*


MARY E. DEWEESE, *Pro Hac Vice*
HUSCH BLACKWELL LLP
*120 South Riverside Plaza*
*Chicago, Illinois 60606*
*Phone: (312) 655-1500*
*Fax: (312) 655-1501*
*mary.deweese@huschblackwell.com*

*Attorneys for Defendant, The Vanderbilt University*

- 3 -

Case 3:23-cv-00001   Document 40   Filed 12/29/23   Page 3 of 3 PageID #: 277