IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. BART ADAMS, JR, and JOSEPHINE ADAMS, individually as parents and next of kin of BRIAN ADAMS, deceased; and DR. BART ADAMS, JR. as the Personal Representative of the Estate of Brian Adams,<br><br>Plaintiffs,<br><br>vs.<br><br>THE VANDERBILT UNIVERSITY<br><br>Defendant. | Case No. 3:23-cv-00001<br><br>District Judge: Eli J. Richardson<br><br>Magistrate Judge: Barbara D. Holmes |

## NOTICE OF WITHDRAWAL OF JAMES POPE

Undersigned counsel, Lee Pope, pursuant to Local Rule 83.01(g), hereby provides Notice of Withdrawal as counsel of record for Plaintiffs, Bart Adams and Josephine Adams. As grounds for withdrawal, Mr. Pope states he will no longer be employed by Hawkins Hogan PLC. William B. Hawkins with Hawkins Hogan PLC continues to represent Plaintiffs in this matter and Mr. Pope's withdrawal will not affect any pending deadlines in this case.

WHEREFORE, undersigned counsel provides notice of withdrawal as counsel of record and respectfully requests Mr. Pope be removed as counsel of record for Plaintiffs in this matter.

Dated: January 29, 2024.                    Respectfully submitted,

                                                                /s/ Lee Pope
William B. Hawkins III (BPR #20117)
Lee Pope (BPR #28742
**Hawkins Hogan, PLC**
205 17th Avenue North, Suite 202
Nashville, Tennessee 37203
(615) 726-0050
(615) 726-5177 (facsimile)
whawkins@hawkinshogan.com
lpope@hawkinshogan.com

## Certificate of Service

I hereby certify that on January 29, 2024, a true and accurate copy of the foregoing was served to the following via email and through the court's e-filing system:

MICHAEL K. ALSTON
HUSCH BLACKWELL LLP
*736 Georgia Avenue, Suite 300*
*Chattanooga, TN 37402*
*Phone: (423) 266-5500*
*Fax: (423) 266-5499*
*Michael.Alston@huschblackwell.com*

SCOTT MARTIN, *Pro Hac Vice*
HUSCH BLACKWELL LLP
*4801 Main, Suite 1000*
*Kansas City, Missouri 64112*
*Phone: (816) 983-8000*
*Fax: (816) 983-8080*
*Scott.Martin@huschblackwell.com*

MARY E. DEWEESE, *Pro Hac Vice*
HUSCH BLACKWELL LLP
*120 South Riverside Plaza*
*Chicago, Illinois 60606*
*Phone: (312) 655-1500*
*Fax: (312) 655-1501*
*mary.deweese@huschblackwell.com*

*Attorneys for Defendant, The Vanderbilt University*