## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **BART ADAMS, JR. as the Personal** | ) | |
| **Representative of the Estate of Brian Adams** | ) | |
| ***et al.*** | ) | **Case No. 3:23-cv-00001** |
| | ) | **Judge Richardson** |
| **v.** | ) | **Magistrate Judge Holmes** |
| | ) | |
| **VANDERBILT UNIVERSITY** | ) | |

## O R D E R

Pending before the Court is the parties' Joint Motion to Amend Initial Case Management Order and to Schedule a Follow-Up Case Management Conference (Docket No. 42), which is **GRANTED IN PART AND DENIED IN PART**, as discussed in more detail below.

The parties' request to amend the case management schedule is **DENIED WITHOUT PREJUDICE** because the specific requested extension of six months for all case management deadlines will not accommodate the current trial date. Accordingly, the parties must first request and obtain a continuance of the trial and then may refile a motion to modify the case management schedule.[1]

The parties are, however, cautioned that any refiled motion to modify the case management schedule must do more than provide conclusory statements such as "[t]he Parties remain diligent engaged in discovery." (Docket No. 42 at 42.) As directed in the Initial Case Management Order (Docket No. 33), the parties must detail the specific efforts at diligently complying with the original deadlines and the specific facts demonstrating good cause for extensions. (*Id.* at para. M.)

---

[1] The parties would be well-served to file any motion to continue the trial at the earliest possible date to ensure action by Judge Richardson on that motion, so that any motion to modify the case management schedule can be refiled prior to the status/case management conference scheduled below.

Further, the pendency of a dispositive motion is not a sufficient basis for not complying with the case management deadlines. *See generally* Local Rule 16.01(g).

The parties' request for a case management conference is **GRANTED**. A status/case management conference will be held on **April 25, 2024, at 2:00 p.m. (CT)** using the Court's conference line at 1-877-402-9753, access code 3808663#.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge