IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. BART ADAMS, JR., and JOSEPHINE ADAMS, individually as parents and next of kin of BRIAN ADAMS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE VANDERBILT UNIVERSITY, | ) ) |
| Defendant. | ) ) |

NO. 3:23-cv-00001

JUDGE RICHARDSON

## ORDER

Pending before the Court is Defendant's motion to dismiss (Doc. No. 24, "Motion") Plaintiffs' action for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6). The Motion is supported by a memorandum of law (Doc. No. 25). Plaintiffs filed a response in opposition to the Motion (Doc. No. 32), to which Defendant filed a reply (Doc. No. 37).

For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED, and this action is dismissed. In light of the dismissal of this action, the "Joint Motion to Continue Trial Set For January 21, 2025" (Doc. No. 46) is DENIED as moot. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE