# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Bart Adams, Jr, et al.

                Plaintiff,

v.                       Case No.: 3:23–cv–00001

Vanderbilt University, et al.

                Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/19/2024 .

                                      Lynda M. Hill
                        s/ Lynda Motes Hill, Clerk of Court