IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. BART ADAMS, JR., ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Case No. 3:23-cv-00001 |
| | ) JUDGE RICHARDSON |
| VANDERBILT UNIVERSITY, | ) |
| Defendant. | ) |

### ORDER

The Court has received the Plaintiffs' Motion to Ascertain Status of Motion to Alter or Amend and for Relief from Judgment (Doc. No. 60). The Motion is GRANTED.

The Court is aware of the pending Motion to Alter or Amend and for Relief from Final Order (Doc. No. 51, "pending Motion"), and it intends to resolve the pending Motion as soon as feasible considering the Court's competing priorities created by the Court's heavy caseload.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE